B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Arizona

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SOLAR PLUS LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-4581245** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**150 S CAMINO SECO #110<br>Tucson, AZ**<br>ZIP Code **85710** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pima** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SOLAR PLUS LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SOLAR PLUS LLC** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Eric Slocum Sparks AZBAR** _____
Signature of Attorney for Debtor(s)

**Eric Slocum Sparks AZBAR #11726**
Printed Name of Attorney for Debtor(s)

**Eric Slocum Sparks, P.C.**
Firm Name

**110 S. Church Ave.**
**Suite 2270**
**Tucson, AZ 85701**

Address

**Email: law@ericslocumsparkspc.com**
**(520) 623-8330  Fax: (520) 623-9157**
Telephone Number

**April  8, 2015**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ ROBERT CHARETTE JR** _____
Signature of Authorized Individual

**ROBERT CHARETTE JR**
Printed Name of Authorized Individual

**MANAGING MEMBER**
Title of Authorized Individual

**April  8, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re **SOLAR PLUS LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BORDER STATES ELECTRIC PO BOX 911105 Denver, CO 80291 | BORDER STATES ELECTRIC PO BOX 911105 Denver, CO 80291 | MATERIALS | | 14,310.60 |
| BULLARD LAW 200 SW MARKET ST, STE 1900 Portland, OR 97201 | BULLARD LAW 200 SW MARKET ST, STE 1900 Portland, OR 97201 | LEGAL SERVICES | | 16,000.50 |
| CANADIAN SOLAR INC 2420 CAMINO RAMON SUITE 125 San Ramon, CA 94583 | CANADIAN SOLAR INC 2420 CAMINO RAMON SUITE 125 San Ramon, CA 94583 | UCC1 | | 149,337.45 (0.00 secured) |
| CAPITAL ELECTRIC CED GREENTECH 832 W 22ND ST Tempe, AZ 85282 | CAPITAL ELECTRIC CED GREENTECH 832 W 22ND ST Tempe, AZ 85282 | MATERIALS | | 22,888.26 |
| CED GREENTECH SAN DIEGO PO BOX 509079 San Diego, CA 92150 | CED GREENTECH SAN DIEGO PO BOX 509079 San Diego, CA 92150 | MATERIALS | | 464,889.31 |
| CIVICSOLAR, INC 582 MARKET ST STE 1300 San Francisco, CA 94104 | CIVICSOLAR, INC 582 MARKET ST STE 1300 San Francisco, CA 94104 | MATERIALS | | 51,156.68 |
| FOCUSED ENERGY 1730 CAMINO CARLOS REY STE 201 Santa Fe, NM 87507 | FOCUSED ENERGY 1730 CAMINO CARLOS REY STE 201 Santa Fe, NM 87507 | MATERIALS | | 13,721.97 |
| INDEPENDENT ELECTRIC SUPPLY INC PO BOX 749793 Los Angeles, CA 90074 | INDEPENDENT ELECTRIC SUPPLY INC PO BOX 749793 Los Angeles, CA 90074 | MATERIALS | | 22,979.98 |
| KRANNICH SOLAR 3809 OCEAN RANCH BLVD STE 112 Oceanside, CA 92056 | KRANNICH SOLAR 3809 OCEAN RANCH BLVD STE 112 Oceanside, CA 92056 | MATERIALS | | 199,646.44 |
| MAGE SOLAR 720 INDUSTRIAL RD Dublin, GA 31021 | MAGE SOLAR 720 INDUSTRIAL RD Dublin, GA 31021 | MATERIALS | | 29,362.17 |

In re   **SOLAR PLUS LLC**                                   Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| NATIONAL FUNDING, INC. 9820 TOWNE CENTRE DRIVE STE 200 San Diego, CA 92121 | NATIONAL FUNDING, INC. 9820 TOWNE CENTRE DRIVE STE 200 San Diego, CA 92121 | | | 50,000.00 (0.00 secured) |
| NORTHERN STATES METAL 3207 INNOVATION PL Youngstown, OH 44509 | NORTHERN STATES METAL 3207 INNOVATION PL Youngstown, OH 44509 | MATERIALS | | 40,370.00 |
| PARK N SHADE 7935 W TANGERINE RD Marana, AZ 85658 | PARK N SHADE 7935 W TANGERINE RD Marana, AZ 85658 | SUBCONTRACTOR SERVICES | | 94,340.00 |
| PLATT ELECTRIC SUPPLY PO BOX 418759 Boston, MA 02241 | PLATT ELECTRIC SUPPLY PO BOX 418759 Boston, MA 02241 | MATERIALS | | 78,687.11 |
| R & A CPAS 4542 E CAMP LOWELL STE 100 Tucson, AZ 85712 | R & A CPAS 4542 E CAMP LOWELL STE 100 Tucson, AZ 85712 | ACCOUNTING SERVICES | | 47,137.92 |
| SOLIGENT DISTRIBUTION LLC PO BOX 398012 San Francisco, CA 94139 | SOLIGENT DISTRIBUTION LLC PO BOX 398012 San Francisco, CA 94139 | MATERIALS | | 57,989.86 |
| SUN POWER REBATE ASSIGNMENT PROGRAM 919 THE ALAMEDA San Jose, CA 95126 | SUN POWER REBATE ASSIGNMENT PROGRAM 919 THE ALAMEDA San Jose, CA 95126 | LEASING SERVICES | | 16,102.78 |
| SUNPOWER CORPORATION PO BOX 742368 Los Angeles, CA 90074 | SUNPOWER CORPORATION PO BOX 742368 Los Angeles, CA 90074 | MATERIALS | | 158,185.47 |
| WELLS FARGO BANK, N.A. PO BOX 659713 San Antonio, TX 78265 | WELLS FARGO BANK, N.A. PO BOX 659713 San Antonio, TX 78265 | | | 118,890.63 (0.00 secured) |
| WELLS FARGO BANK, NA PO BOX 659713 San Antonio, TX 78265 | WELLS FARGO BANK, NA PO BOX 659713 San Antonio, TX 78265 | | | 499,900.00 (0.00 secured) |

In re   **SOLAR PLUS LLC**                                                      Case No. _____

                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the MANAGING MEMBER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April  8, 2015**                        Signature   **/s/ ROBERT CHARETTE JR**
                                                              **ROBERT CHARETTE JR**
                                                              **MANAGING MEMBER**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## District of Arizona

In re    **SOLAR PLUS LLC**                                        ,     Case No. _____

                                            Debtor     Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,153,516.54 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 846,762.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,074.07 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 1,533,874.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| Total Assets | | | 2,153,516.54 | | |
| Total Liabilities | | | | 2,384,710.61 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court

## District of Arizona

In re    **SOLAR PLUS LLC**                               ,

                                   Debtor

Case No. _____

Chapter                    **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **SOLAR PLUS LLC** _____, Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | | 0.00 | (Total of this page) |
| | Total > | | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                       ,    Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA CHECKING #1607 | - | 2,548.85 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SECURITY DEPOSTIS | - | 3,104.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **5,652.85**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re   **SOLAR PLUS LLC** _____,   Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **ACCOUNTS RECEIVABLE** | - | 2,030,144.65 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                      Sub-Total >     **2,030,144.65**
                                              (Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Case 4:15-bk-04008-BMW   Doc 1   Filed 04/08/15   Entered 04/08/15 15:32:37   Desc
Main Document    Page 11 of 103

Best Case Bankruptcy

In re    **SOLAR PLUS LLC**                                        ,    Case No. _____

                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 FORD ECONOMY | - | 10,555.99 |
| | | 2004 SRW SUPER DU | - | 5,864.19 |
| | | 2012 CHEVY SILVERADO | - | 13,816.19 |
| | | 2007 FORD F350 | - | 7,597.56 |
| | | 2004 FORD F250 | - | 8,406.68 |
| | | 2008 GMC CUTOFF | - | 6,082.70 |
| | | 2003 GMC PICKUP | - | 3,803.13 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FURNITURE & EQUIPMENT | - | 1,220.83 |
| | | OFFICE EQUIPMENT | - | 54.02 |
| | | SIGNS | - | 6,726.70 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | CONTRUCTION EQUIPMENT | - | 46,539.51 |
| | | TOOLS & EQUIPMENT | - | 4,453.33 |
| 30. Inventory. | | INVENTORY | - | 2,598.21 |
| 31. Animals. | X | | | |

|  | Sub-Total > | 117,719.04 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Case 4:15-bk-04008-BMW    Doc 1    Filed 04/08/15    Entered 04/08/15 15:32:37    Desc
Main Document      Page 12 of 103

In re   **SOLAR PLUS LLC**                   ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 2,153,516.54 |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                                                    ,          Case No. _____

                                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ALLY**<br>**PO BOX 9001948**<br>**Louisville, KY 40290-1948** | X | - | <br><br><br> Value $               0.00 | | | | 1,071.04 | 1,071.04 |
| Account No. **xxxxxxxx4803** <br><br>**ALLY**<br>**PO BOX 380901**<br>**Minneapolis, MN 55438** | X | - | **2012 CHEVY SILVERADO**<br><br><br> Value $          13,816.19 | | | | 12,909.69 | 0.00 |
| Account No. **xxxxxx9094** <br><br>**ALLY**<br>**PO BOX 380902**<br>**Minneapolis, MN 55439** | X | - | **2011 FORD ECONOMY**<br><br><br> Value $          10,555.99 | | | | 11,609.19 | 1,053.20 |
| Account No. <br><br>**CANADIAN SOLAR INC**<br>**2420 CAMINO RAMON SUITE 125**<br>**San Ramon, CA 94583** | | - | **UCC1**<br><br><br> Value $               0.00 | | | | 149,337.45 | 149,337.45 |

|  |  |  |
|---|---|---|
| **_1_** continuation sheets attached | Subtotal<br>(Total of this page) | 174,927.37 | 151,461.69 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **SOLAR PLUS LLC**
                                                      ,          Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2004 SRW SUPER DU** | | | | | |
| **HITACHI CAPITAL AMERICA CORP.** **21925 NETWORK PLACE** **Chicago, IL 60673** | X | - | | | | | | |
| | | | Value $ 5,864.19 | | | | 3,044.36 | 0.00 |
| Account No. | | | | | | | | |
| **NATIONAL FUNDING, INC.** **9820 TOWNE CENTRE DRIVE STE 200** **San Diego, CA 92121** | X | - | | | | | | |
| | | | Value $ 0.00 | | | | 50,000.00 | 50,000.00 |
| Account No. | | | | | | | | |
| **WELLS FARGO BANK, N.A.** **PO BOX 659713** **San Antonio, TX 78265** | X | - | | | | | | |
| | | | Value $ 0.00 | | | | 118,890.63 | 118,890.63 |
| Account No. | | | | | | | | |
| **WELLS FARGO BANK, NA** **PO BOX 659713** **San Antonio, TX 78265** | X | - | | | | | | |
| | | | Value $ 0.00 | | | | 499,900.00 | 499,900.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 671,834.99 | 668,790.63 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 846,762.36 | 820,252.32 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re  **SOLAR PLUS LLC**                          ,      Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheets attached

In re **SOLAR PLUS LLC** _____ ,    Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **ARIZONA DEPT OF REVENUE** **1600 W. MONROE** **7TH FLOOR** **PHOENIX, AZ 85007** | - | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| **STATE BOARD OF EQUALIZATION** | - | | | | | | **4,074.07** | **0.00** | **4,074.07** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** | |
| | | **4,074.07** | **4,074.07** |
| | Total (Report on Summary of Schedules) | **0.00** | |
| | | **4,074.07** | **4,074.07** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re    **SOLAR PLUS LLC**

,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | - | | | **AUTO SERVICES** | | | | |
| **ACCURATE SERVICE INC.** **843 S CAMPBELL AVE** **Tucson, AZ 85719** | | | | | | | | | **4,078.61** |
| Account No. | | - | | | **EQUIPMENT RENTAL** | | | | |
| **ACME** **330 SE SALMON ST** **Portland, OR 97214-3357** | | | | | | | | | **4,369.82** |
| Account No. | | - | | | | | | | |
| **ADRIAN LAGARDA** **759 W CAROLCHRISTINE PL** **Tucson, AZ 85756** | | | | | | | | | **Unknown** |
| Account No. | | - | | | | | | | |
| **AGRIPACKING SUPPLY** **245 W EMMA ST** **Nogales, AZ 85621** | | | | | | | | | **Unknown** |

Subtotal    **8,448.43**
(Total of this page)

___47___ continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    S/N:26680-150218   Best Case Bankruptcy

In re   **SOLAR PLUS LLC** _____ ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | EQUIPMENT RENTAL | | | | |
| **AHERN RENTALS PO BOX 271390 Las Vegas, NV 89127-1390** | - | | | | | | | 490.10 |
| Account No. | | | | MATERIALS | | | | |
| **AIR COLD SUPPLY 6652 E BUCKEYE RD Phoenix, AZ 85043** | - | | | | | | | 243.25 |
| Account No. | | | | | | | | |
| **ALAN LAMPE 12806 NE SAN RAFAEL Portland, OR 97230** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **ALFRED BARBAGALLO 6046 LISI GARDENS DR Syracuse, NY 13212** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **ALFRED GONZALES 7112 S 24 LANE Phoenix, AZ 85041** | - | | | | | | | Unknown |

Sheet no. __1__ of __47__ sheets attached to Schedule of                  Subtotal     | 733.35
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re    **SOLAR PLUS LLC**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ALLYN OSBORNE**<br>**12230 N COPPER SPRING TRAIL**<br>**Tucson, AZ 85755** | - | | CUSTOMER PROMOTION | | | | **700.00** |
| Account No.<br><br>**ALTA COPPER CREEK, LLC**<br>**6666 E GOLF LINKS RD**<br>**Tucson, AZ 85730** | - | | | | | | **Unknown** |
| Account No.<br><br>**AMY ARAGON-POLLOCK**<br>**5067 W WILLOW RUN LANE**<br>**Tucson, AZ 85741** | - | | CUSTOMER PROMOTION | | | | **1,000.00** |
| Account No.<br><br>**ANDREW & RACHEL CUSHMAN**<br>**1060 E PECAN ORCHARD LOOP**<br>**Sahuarita, AZ 85629** | - | | CUSTOMER PROMOTION | | | | **1,000.00** |
| Account No.<br><br>**ANDREW OCHOA**<br>**614 S 11TH LANE**<br>**Avondale, AZ 85323** | - | | | | | | **Unknown** |

Sheet no. __2__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **2,700.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **SOLAR PLUS LLC** ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**ANDRIES SCHELL**<br>**182 E CAMINO VISTA DEL CIELO**<br>**Nogales, AZ 85621** | - | | CUSTOMER PROMOTION | | | | 1,000.00 |
| Account No.<br>**ANGELA LOPEZ**<br>**5510 MAPLE ST**<br>**Mount Angel, OR 97362** | - | | CUSTOMER PROMOTION | | | | 500.00 |
| Account No.<br>**ARC**<br>**345 CLINTON ST**<br>**Costa Mesa, CA 92626** | - | | PRINTING SERVICES | | | | 43.24 |
| Account No.<br>**ARMRRON BUILDERS LLC**<br>**1735 W LINDEN ST**<br>**Tucson, AZ 85745** | - | | SUBCONTRACTOR SERVICES | | | | 500.00 |
| Account No.<br>**ASI COMPUTER TECHNOLOGIES INC**<br>**19850 E BUSINESS PARKWAY**<br>**Walnut, CA 91789** | - | | MATERIALS | | | | 1,393.16 |

Sheet no. _3_ of _47_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,436.40**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **SOLAR PLUS LLC** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | **SUBCONTRACTOR SERVICES** | | | | |
| **ATTIC EXPERTS OF AZ, LLC**<br>**3452 E JAEGER CIRCLE**<br>**Mesa, AZ 85213** | | | | | | | | **5,925.00** |
| Account No. | | - | | | | | | |
| **BENJAMIN CARRINGTON**<br>**15405 THUNDEREGG CT**<br>**Beaverton, OR 97007** | | | | | | | | **Unknown** |
| Account No. | | - | | | | | | |
| **BETH GONZALES**<br>**8226 E ORANGE BLOSSOM**<br>**Scottsdale, AZ 85250** | | | | | | | | **Unknown** |
| Account No. | | - | | **MATERIALS** | | | | |
| **BORDER STATES ELECTRIC**<br>**PO BOX 911105**<br>**Denver, CO 80291** | | | | | | | | **14,310.60** |
| Account No. | | - | | **MATERIALS** | | | | |
| **BORDER STATES ELECTRIC**<br>**PO BOX 52516**<br>**Phoenix, AZ 85072** | | | | | | | | **520.44** |

Sheet no. __4___ of __47___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,756.04**

In re **SOLAR PLUS LLC** _____,      Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| BRAD YOUNG 13430 SW HILSHIRE DR Portland, OR 97223 | | - | | | | | | 500.00 |
| Account No. | | | | | | | | |
| BRANDIE GOMEZ 9715 TIERRA DEL SOL AVE SW Albuquerque, NM 87121 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| BRANDON SPIERS 25612 N 51ST LANE Phoenix, AZ 85083 | | - | | | | | | Unknown |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| BRIAN BEAN 11803 SE RIMROCK DR Happy Valley, OR 97086 | | - | | | | | | 500.00 |
| Account No. | | | | | | | | |
| BRIAN BEAN 11803 SE RIMROCK DR Happy Valley, OR 97086 | | - | | | | | | Unknown |

Sheet no. __5__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            Subtotal
                                          (Total of this page)     **1,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re    **SOLAR PLUS LLC**                                     ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | SUBCONTRACTOR SERVICES | | | | |
| BRYCE ROBERTS CONSTRUCTION, INC PO BOX 836 Amity, OR 97101 | - | | | | | | | 7,300.00 |
| Account No. | | | | LEGAL SERVICES | | | | |
| BULLARD LAW 200 SW MARKET ST, STE 1900 Portland, OR 97201 | - | | | | | | | 16,000.50 |
| Account No. | | | | MATERIALS | | | | |
| CAPITAL ELECTRIC CED GREENTECH 832 W 22ND ST Tempe, AZ 85282 | - | | | | | | | 22,888.26 |
| Account No. | | | | INSURANCE | | | | |
| CAPITAL PREMIUM FINANCING PO BOX 660899 Dallas, TX 75266 | - | | | | | | | 386.48 |
| Account No. | | | | | | | | |
| CARL SIGNMASTER 6142 NE SACRAMENTO ST Portland, OR 97213 | - | | | | | | | Unknown |

Sheet no. __6__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **46,575.24**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                          ,       Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CARL VANDERBUR** <br> **15010 S 27TH ST** <br> **Phoenix, AZ 85048** | - | | | | | | **Unknown** |
| Account No. <br><br> **CARLOS HERNANDEZ** <br> **13020 E JOMAX** <br> **DALLAS, TX 85265** | - | | **CUSTOMER PROMOTION** | | | | **500.00** |
| Account No. <br><br> **CARLOS HERNANDEZ** <br> **13020 E JOMAX** <br> **DALLAS, TX 85265** | - | | | | | | **Unknown** |
| Account No. <br><br> **CARLSO ESPARAZA** <br> **6600 LOFTUS AVE NE** <br> **Albuquerque, NM 87109** | - | | | | | | **Unknown** |
| Account No. <br><br> **CARMELA GONZALES** <br> **940 PRAIRIE SAGE CT SW** <br> **Los Lunas, NM 87031** | - | | | | | | **Unknown** |

Sheet no. __7__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal
(Total of this page)      **500.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

In re    **SOLAR PLUS LLC**                                       ,      Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **CAROLYN STEWART** **14330 N CHOCTAW DR** **Tucson, AZ 85755** | | - | | | | | 500.00 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **CASEY & LUMI LYNCH** **10858 SE ALYSSA DR** **Happy Valley, OR 97086** | | - | | | | | 1,000.00 |
| Account No. | | | MATERIALS | | | | |
| **CED GREENTECH SAN DIEGO** **PO BOX 509079** **San Diego, CA 92150** | X | - | | | | | 464,889.31 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **CHARLES PARROTT** **847 N BALDWIN ST** **Portland, OR 97217** | | - | | | | | 500.00 |
| Account No. | | | | | | | |
| **CHARLES PYLE** **4853 N CIRCULO BUJIA** **Tucson, AZ 85718** | | - | | | | | Unknown |

Sheet no. \_\_**8**\_\_ of \_\_**47**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       Subtotal
                               (Total of this page)      466,889.31

In re   **SOLAR PLUS LLC**                                ,       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | CUSTOMER PROMOTION | | | | |
| CHARLIE SCOTT 9478 SE HAMILTON LN Happy Valley, OR 97086 | | - | | | | | 1,000.00 |
| Account No. | | | UTILITY SERVICES | | | | |
| CITY OF TUCSON PO BOX 28804 Tucson, AZ 85726 | | - | | | | | 6.31 |
| Account No. | | | MATERIALS | | | | |
| CIVICSOLAR, INC 582 MARKET ST STE 1300 San Francisco, CA 94104 | X | - | | | | | 51,156.68 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| CLIFF & JUNE YOUNG 468 W COYOTE MOON PL Tucson, AZ 85755 | | - | | | | | 1,000.00 |
| Account No. | | | | | | | |
| CONRAD ROMERO 819 PARQUE AVE Maxwell, NM 87728 | | - | | | | | Unknown |

Sheet no. __9__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                       (Total of this page)       **53,162.99**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                        ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SERVICES | | | | |
| **COX** **PO BOX 53249** **Phoenix, AZ 85072** | | - | | | | | 904.34 |
| Account No. | | | MATERIALS | | | | |
| **CRESCENT ELECTRIC SUPPLY COMPANY** **PO BOX 500** **East Dubuque, IL 61025** | X | - | | | | | 18.09 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **DANA & REBECCA JACOBSEN** **3723 SE MALDEN STREET** **Portland, OR 97202** | | - | | | | | 500.00 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **DAVID BRANNAN** **945 W PORTBELLO** **Mesa, AZ 85210** | | - | | | | | 500.00 |
| Account No. | | | COMMISSION | | | | |
| **DAVID CHARETTE** **3692 ROUTE 91** **Jamesville, NY 13078** | | - | | | | | 310.53 |

| | | |
|---|---|---|
| Sheet no. __10__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,232.96 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __SOLAR PLUS LLC__ , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DAVID CHRISTENSEN<br>1862 NW SUMMER FALLS ST<br>Beaverton, OR 97006 | - | | CUSTOMER PROMOTION | | | | 1,000.00 |
| Account No.<br><br>DAVID HEAD<br>7811 W SOLANO DR NORTH<br>Glendale, AZ 85303 | - | | | | | | Unknown |
| Account No.<br><br>DAVID HULL<br>6434 N SYRACUSE ST<br>Portland, OR 97203 | - | | CUSTOMER PROMOTION | | | | 500.00 |
| Account No.<br><br>DAVID PARSONS<br>13615 N SUNSET MESA DR<br>Marana, AZ 85658 | - | | COMMISSION | | | | 759.39 |
| Account No.<br><br>DAVID REITER<br>247 SE 39TH AVE<br>Hillsboro, OR 97123 | - | | | | | | Unknown |

Sheet no. __11__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) __2,259.39__

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **SOLAR PLUS LLC**              ,      Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**DAVID SCHAPIRO**<br>**3705 SE OAKLEAF ST**<br>**Hillsboro, OR 97123** | | - | | **CUSTOMER PROMOTION** | | | | **500.00** |
| Account No.<br><br>**DCO CUSTOM BUILDERS LLC**<br>**7361 N CAMINO DE MAXIMILLIAN**<br>**Tucson, AZ 85704** | | - | | **SUBCONTRACTOR SERVICES** | | | | **11,991.73** |
| Account No.<br><br>**DEBRA HEIDRICH**<br>**3739 NE 115TH AVE**<br>**Portland, OR 97220** | | - | | | | | | **Unknown** |
| Account No.<br><br>**DENNIS ROBERTS** | | - | | **COMMISSION** | | | | **459.68** |
| Account No.<br><br>**DORIS COLE**<br>**321 GENERAL PATCH ST NE**<br>**Albuquerque, NM 87123** | | - | | | | | | **Unknown** |

Sheet no. __12__ of __47__ sheets attached to Schedule of                Subtotal          | **12,951.41**
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **SOLAR PLUS LLC** _____,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| EDGAR ACEVEDO 10323 W CASHMAN DR Peoria, AZ 85383 | - | | | | | | | 2,000.00 |
| Account No. | | | | MATERIALS | | | | |
| EDIST PO BOX 52252 Newark, NJ 07101-0220 | - | | | | | | | 5,208.13 |
| Account No. | | | | | | | | |
| EDMUND MIERA 10070 E PROVIDENCE CANYON RD Sahuarita, AZ 85629 | - | | | | | | | Unknown |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| ELLA MAGEE 3709 W BUTLER DR Phoenix, AZ 85051 | - | | | | | | | 1,000.00 |
| Account No. | | | | MARKETING SERVICES | | | | |
| EMERGE 439 N 6TH AVE #101 Tucson, AZ 85705 | - | | | | | | | 829.00 |

Sheet no. __13__ of __47__ sheets attached to Schedule of              Subtotal

Creditors Holding Unsecured Nonpriority Claims        (Total of this page)        9,037.13

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re __SOLAR PLUS LLC_____,     Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**ERIC EICHWALD**<br>**20 WOLF RD**<br>**Gallup, NM 87301** | | - | | | | | | **Unknown** |
| Account No.<br><br>**EUGENE BODENSTEIN**<br>**12484 CAVALLO ST**<br>**San Diego, CA 92130** | | - | | | | | | **Unknown** |
| Account No.<br><br>**EVAN DUFFY**<br>**15751 E KIPLING DR**<br>**Fountain Hills, AZ 85268** | | - | | | | | | **Unknown** |
| Account No.<br><br>**FASTENAL COMPANY**<br>**C/O PATRICK BROWN**<br>**5206 LA BRANCH**<br>**Houston, TX 77004** | | - | | **MATERIALS** | | | | **843.09** |
| Account No.<br><br>**FEDEX**<br>**PO BOX 7221**<br>**Pasadena, CA 91109** | | - | | **FREIGHT SERVICES** | | | | **443.22** |

| | |
|---|---|
| Sheet no. __14__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) **1,286.31** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **SOLAR PLUS LLC** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | MATERIALS | | | | |
| **FOCUSED ENERGY** **1730 CAMINO CARLOS REY STE 201** **Santa Fe, NM 87507** | X | - | | | | | | 13,721.97 |
| Account No. | | | | UTILITY SERVICES | | | | |
| **FRONTIER COMMUNICATIONS** **PO BOX 20550** **Rochester, NY 14602** | | - | | | | | | 402.88 |
| Account No. | | | | MATERIALS | | | | |
| **FULLBEAKER** **200 112TH AVE NE, STE 310** **Bellevue, WA 98004** | | - | | | | | | 945.00 |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| **GARY EATON** **13808 SE 126TH AVE** **Clackamas, OR 97015** | | - | | | | | | 500.00 |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| **GARY VACIN** **25225 S FLAME TREE DR** **Chandler, AZ 85248** | | - | | | | | | 500.00 |

Sheet no. __15__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **16,069.85**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                    ,        Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| GEOFFREY WILSON 11222 E HASH KNIFE CIRCLE Tucson, AZ 85749 | - | | | | | | **Unknown** |
| Account No. | | | COMMISSION | | | | |
| GEORGE B PRESTON 1810 E BLACKLIDGE #609 Tucson, AZ 85719 | - | | | | | | 448.76 |
| Account No. | | | MATERIALS | | | | |
| GEXPRO PO BOX 840040 Dallas, TX 75284 | - | | | | | | 4,390.44 |
| Account No. | | | MATERIALS | | | | |
| GEXPRO PO BOX 417803 Boston, MA 02241 | - | | | | | | 742.74 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| GLADYS MCOWEN 10923 W GLENROSA AVE Phoenix, AZ 85037 | - | | | | | | 500.00 |

| | |
|---|---|
| Sheet no. __16__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **6,081.94** |

In re  **SOLAR PLUS LLC**                                                      ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | COMMISSION | | | | |
| **GO GREEN GO SOLAR ROBERT PIERSON 6940 S SILVER DR Chandler, AZ 85249** | - | | | | | | | **2,698.72** |
| Account No. | | | | | | | | |
| **GORDON BENNETT 4142 N QUAIL CANYON DR Tucson, AZ 85750** | - | | | | | | | **Unknown** |
| Account No. | | | | MATERIALS | | | | |
| **GRAYBAR ELECTRIC FILE 57072 Los Angeles, CA 90074** | - | | | | | | | **15.29** |
| Account No. | | | | MARKETING SERVICES | | | | |
| **GREATER ALBUQUERQUE CHAMBER OF COMMERCE 115 S GOLD AVE SW, STE 201 Albuquerque, NM 87121** | - | | | | | | | **300.00** |
| Account No. | | | | RENTAL EQUIPMENT | | | | |
| **H & E EQUIPMENT EXCHANGE LLC PO BOX 849850 Dallas, TX 75284** | - | | | | | | | **105.14** |

Sheet no. __17__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,119.15**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re  **SOLAR PLUS LLC**                                                    ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | CUSTOMER PROMOTION | | | | |
| HOMER AMES 22065 SW RIGGS RD Beaverton, OR 97007 | | - | | | | | 500.00 |
| Account No. | | | MATERIALS | | | | |
| INDEPENDENT ELECTRIC SUPPLY INC PO BOX 749793 Los Angeles, CA 90074 | X | - | | | | | 22,979.98 |
| Account No. | | | SUBCONTRACTOR SERVICES | | | | |
| INTELLIGENT DESIGN AIR CONDITIONING 2200 W LA OSA ST Tucson, AZ 85705 | | - | | | | | 1,078.07 |
| Account No. | | | SUBCOTRACTOR SERVICES | | | | |
| INVIERNO DESIGN LLC 2075 W GARDNER LN UNIT 117 Phoenix, AZ 85075 | | - | | | | | 10,481.63 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| JAMES TEMPLE 12424 SE WINTERCREEK CT Happy Valley, OR 97086 | | - | | | | | 1,000.00 |

Sheet no. __18__ of __47__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          36,039.68

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **JANE EPPERSON** **19 TALLISSA DR** **Silver City, NM 88061** | | - | | | | | 500.00 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **JANET WOLSLEGEL** **241 SE BEECH AVE** **Gresham, OR 97080** | | - | | | | | 500.00 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **JASPER SMITH** **936 NE 94TH AVE** **Portland, OR 97220** | | - | | | | | 500.00 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **JEFF SCHROLL** **16691 SE SAGER RD** **Happy Valley, OR 97086** | | - | | | | | 1,000.00 |
| Account No. | | | | | | | |
| **JERRY SPOERL** **4518 N 38TH ST** **Phoenix, AZ 85018** | | - | | | | | Unknown |

Sheet no. __19__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,500.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **SOLAR PLUS LLC**                           ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JESSICA WILLIAMS 2315 LONE OAKS LN Vista, CA 92084** | | - | | | | | **Unknown** |
| Account No. **JOAN CHRISTIANA 4029 COYE RD Jamesville, NY 13078** | | - | | | | | **Unknown** |
| Account No. **JOEL SCHLUTER 10475 S NOGALES HWY Tucson, AZ 85756** | | - | | | | | **Unknown** |
| Account No. **JOHN BRIDGES 8461 E APPOMATTOX ST Tucson, AZ 85710** | | - | | | | | **Unknown** |
| Account No. **JOHN HARRILL 10905 E FLINTOCK DR Chandler, AZ 85248** | | - | **CUSTOMER PROMOTION** | | | | **3,000.00** |

Sheet no. __20__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                        (Total of this page)        **3,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

In re    **SOLAR PLUS LLC** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | CUSTOMER PROMOTION | | | | |
| JOHN KENNEDY 1373 BAR M DR Eugene, OR 97401 | | | | | | | | 1,000.00 |
| Account No. | | - | | CUSTOMER PROMOTION | | | | |
| JOHN PENMAN 1309 NE KINNEY ST Hillsboro, OR 97124 | | | | | | | | 500.00 |
| Account No. | | - | | CUSTOMER PROMOTION | | | | |
| JOHN ROGERS 4631 W SNOW LEOPARD DR Tucson, AZ 85742 | | | | | | | | 500.00 |
| Account No. | | - | | COMMISSION | | | | |
| JOHN-MARK BANTOCK 7318 N OPUNTA AVE Tucson, AZ 85704 | | | | | | | | 153.21 |
| Account No. | | - | | | | | | |
| JON KOFERL 9109 JENSEN CT NE Albuquerque, NM 87112 | | | | | | | | Unknown |

Sheet no. __21__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims         Subtotal   (Total of this page)      **2,153.21**

In re **SOLAR PLUS LLC** ,                              Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | COMMISSION | | | | |
| JONATHON CHARETTE 1461 CLARK HOLLOW RD La Fayette, NY 13084 | | - | | | | | 761.38 |
| Account No. | | | COMMISSION | | | | |
| JOSEPH WATTS 1221 WILLY'S KNIGHT NE Albuquerque, NM 87112 | | - | | | | | 946.12 |
| Account No. | | | | | | | |
| JOY WEMHANER 356 FLOWER HILL WAY San Marcos, CA 92078 | | - | | | | | Unknown |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| KAREN & DARYL MCDANIEL 16515 NW SHELTERED NOOK RD Portland, OR 97231 | | - | | | | | 500.00 |
| Account No. | | | | | | | |
| KARIN STEVENSON 92 TURQUOISE TRAIL CT Santa Fe, NM 87508 | | - | | | | | Unknown |

Sheet no. __22__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,207.50

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                      ,      Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **KELLY CUTLIP** **4619 W HORIZON RIDGE DR** **Marana, AZ 85658** | - | | | | | | **Unknown** |
| Account No. **KELLY EBERLE** **8355 E CAPTAIN DREYFUS AVE** **Scottsdale, AZ 85260** | - | | | | | | **Unknown** |
| Account No. **KENT CASEY** **15034 N 54TH ST** **Scottsdale, AZ 85254** | - | | | | | | **Unknown** |
| Account No. **KIM DUFFIELD** **37117 N 16TH ST** **Phoenix, AZ 85086** | - | | CUSTOMER PROMOTION | | | | **1,000.00** |
| Account No. **KIM OLIVAS** **6919 SEMINOLE RD NE** **Albuquerque, NM 87110** | - | | | | | | **Unknown** |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                               (Total of this page)      **1,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

                                                 Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                                    ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | COMMISSION | | | | |
| **KNJ REAL ESTATE LLC** **3833 N 30TH ST UNIT 141** **Phoenix, AZ 85016** | | - | | | | | 1,058.31 |
| Account No. | | | MATERIALS | | | | |
| **KRANNICH SOLAR** **3809 OCEAN RANCH BLVD STE 112** **Oceanside, CA 92056** | X | - | | | | | 199,646.44 |
| Account No. | | | | | | | |
| **KRZYSTOF REGULA** **16638 N 187TH AVE** **Surprise, AZ 85388** | | - | | | | | Unknown |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **LEON WONG** **40135 N ROLLING GREEN WAY** **Phoenix, AZ 85086** | | - | | | | | 500.00 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **LLOYD & PATRICIA STONE** **9402 W RAVEN BOX 407** **Arizona City, AZ 85123** | | - | | | | | 500.00 |

Sheet no. __24__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **201,704.75**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **SOLAR PLUS LLC** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LLOYD & PATRICIA STONE**<br>**9402 W RAVEN BOX 407**<br>**Arizona City, AZ 85123** | | - | | | | | **Unknown** |
| Account No. <br><br>**LOIS FULLER**<br>**PO BOX 93**<br>**Glenwood, NM 88039** | | - | CUSTOMER PROMOTION | | | | **4,532.00** |
| Account No. <br><br>**LORENZO & CHERYL MALDONADO**<br>**502 ESPANOLA NE**<br>**Albuquerque, NM 87108** | | - | | | | | **Unknown** |
| Account No. <br><br>**LORIE JACOB**<br>**13330 SW GALLOP CT**<br>**Beaverton, OR 97008** | | - | | | | | **Unknown** |
| Account No. <br><br>**LYNX PLUMBING**<br>**3321 N CHAPEL AVE**<br>**Tucson, AZ 85716** | | - | SUBCONTRACTOR SERVICES | | | | **95.00** |

Sheet no. __25__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,627.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re    **SOLAR PLUS LLC**                                   ,        Case No. _____

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | MATERIALS | | | | |
| **MAGE SOLAR** **720 INDUSTRIAL RD** **Dublin, GA 31021** | - | | | | | | **29,362.17** |
| Account No. | | | | | | | |
| **MARC WILLIAMS** **4069 SW CANBY ST** **Portland, OR 97219** | - | | | | | | **Unknown** |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **MARCELLA BILLETT** **6401 NE CHESTNUT ST** **Hillsboro, OR 97124** | - | | | | | | **500.00** |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **MARCUS LUCE** **1115 NW 161ST PL** **Beaverton, OR 97006** | - | | | | | | **500.00** |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **MARGARET BUTLER** **818 NE RETFORD AVE** **Hillsboro, OR 97124** | - | | | | | | **500.00** |

Sheet no. __26__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal        (Total of this page)        **30,862.17**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **SOLAR PLUS LLC** _____ , Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| **MARK & DEBRA LYTLE** **857 E DEER SPRING CANYON PL** **Sahuarita, AZ 85629** | | - | | | | | | 1,000.00 |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| **MARK KANTZ** **14676 SE LOYN CT** **Happy Valley, OR 97086** | | - | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| **MARK MCNAMARA** **6537 SE FLAVEL ST** **Portland, OR 97206** | | - | | | | | | Unknown |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| **MARK THOMAS** **16482 S SAGUARO VIEW LN** **Vail, AZ 85641** | | - | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| **MARY ELLEN CARLSON** **5628 E COVINA RD** **Mesa, AZ 85205** | | - | | | | | | Unknown |

| Sheet no. __27__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,000.00 |
|---|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **SOLAR PLUS LLC** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | CUSTOMER PROMOTION | | | | |
| **MARY MAURER** **31005 N 56TH ST** **Cave Creek, AZ 85331** | | | | | | | | | **1,000.00** |
| Account No. | | | - | | | | | | |
| **MARY MAURER** **31005 N 56TH ST** **Cave Creek, AZ 85331** | | | | | | | | | **Unknown** |
| Account No. | | | - | | CUSTOMER PROMOTION | | | | |
| **MARYANN WHITING** **21968 ERICA DR. NE** **Aurora, OR 97002** | | | | | | | | | **1,000.00** |
| Account No. | | | - | | CUSTOMER PROMOTION | | | | |
| **MATTHEW & JENNIFER MCCONNELL** **9725 W WINCHCOMB DR** **Scottsdale, AZ 85260** | | | | | | | | | **500.00** |
| Account No. | | | - | | | | | | |
| **MATTHEW & JENNIFER MCCONNELL** **9725 W WINCHCOMB DR** **Scottsdale, AZ 85260** | | | | | | | | | **Unknown** |

Sheet no. __28__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,500.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                 ,      Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | COMMISSION | | | | |
| MATTHEW SMITH PO BOX 1011 Vancouver, WA 98666 | | - | | | | | 193.93 |
| Account No. | | | COMMISSION | | | | |
| MAX PRO GROUP INC 1562 1ST AVE #205-1608 New York, NY 10028 | | - | | | | | 1,518.54 |
| Account No. | | | | | | | |
| MELVIN & DELIA GARCIA 18349 W ARCADIA DR Surprise, AZ 85374 | | - | | | | | Unknown |
| Account No. | | | COMMISSION | | | | |
| MICHAEL AILES 6906 SE CARLTON ST Portland, OR 97206 | | - | | | | | 326.67 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| MICHAEL D SWIFT PO BOX 271 Pomerene, AZ 85627 | | - | | | | | 489.92 |

Sheet no. \_\_**29**\_\_ of \_\_**47**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal
(Total of this page)     **2,529.06**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re __SOLAR PLUS LLC__ , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MICHAEL HACKER 2125 CORTE DE CHAMISA Albuquerque, NM 87120** | | - | | | | | **Unknown** |
| Account No. **MICHAEL JOHNSON 7415 SW CEDARCREST Portland, OR 97223** | | - | CUSTOMER PROMOTION | | | | **500.00** |
| Account No. **MICHAEL REISS 1387 SW MAPLE CREST DR Portland, OR 97219** | | - | | | | | **Unknown** |
| Account No. **MICHAEL SMITH 14788 SE SAGE PARK COURT Happy Valley, OR 97086** | | - | CUSTOMER PROMOTION | | | | **1,000.00** |
| Account No. **MIKE & MARY BOGER 4650 S PRIMROSE ST Tucson, AZ 85730** | | - | CUSTOMER PROMOTION | | | | **1,000.00** |

Sheet no. __30__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,500.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re  **SOLAR PLUS LLC** ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MIKE CARDWELL 2213 E BLANCHE DR Phoenix, AZ 85022 | - | | | | | | Unknown |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| MIKE LOWRY 4603 N BLACK ROCK PL Tucson, AZ 85750 | - | | | | | | 500.00 |
| Account No. | | | | | | | |
| MIKE ROBERTS 2727 1/2 LUCCA RD SW Albuquerque, NM 87105 | - | | | | | | Unknown |
| Account No. | | | SUBCONTRACOR SERVICES | | | | |
| MILLER CONSULTING ENGINEERS 9570 SW BARBER BLVD STE 100 Portland, OR 97219 | - | | | | | | 2,872.50 |
| Account No. | | | SERVICES | | | | |
| MISSION UNIFORM & LINEN 301 S PARK AVE Tucson, AZ 85719 | - | | | | | | 7,500.00 |

Sheet no. _31_ of _47_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,872.50**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **SOLAR PLUS LLC** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | STORAGE SERVICES | | | | |
| MOBILE MINI INC PO BOX 7144 Pasadena, CA 91109 | - | | | | | | | | 1,091.65 |
| Account No. | | | | | COMMISSION | | | | |
| MONG-CHUAN SIM 5323 W WILLOW THICKET WAY Tucson, AZ 85704 | - | | | | | | | | 1,082.62 |
| Account No. | | | | | | | | | |
| MONTEREY HERRERA 7032 VALENTINE LOOP Santa Fe, NM 87507 | - | | | | | | | | Unknown |
| Account No. | | | | | MATERIALS | | | | |
| NORTHERN STATES METAL 3207 INNOVATION PL Youngstown, OH 44509 | - | | | | | | | | 40,370.00 |
| Account No. | | | | | SUBCONTRACTING SERVICES | | | | |
| PACE HEATING & AIR PO BOX 2529 Corvallis, OR 97339 | - | | | | | | | | 6,649.75 |

Sheet no. __32__ of __47__ sheets attached to Schedule of     Subtotal     49,194.02
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re  **SOLAR PLUS LLC** _____ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SUBCONTRACTOR SERVICES | | | | |
| **PARK N SHADE**<br>**7935 W TANGERINE RD**<br>**Marana, AZ 85658** | - | | | | | | **94,340.00** |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **PATRICIA HALL**<br>**7377 W SHINING AMBER LANE**<br>**Tucson, AZ 85743** | - | | | | | | **1,000.00** |
| Account No. | | | | | | | |
| **PATRICIA LINCK**<br>**3116 SE 76TH AVE**<br>**Portland, OR 97206** | - | | | | | | **Unknown** |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **PATRICK QUIAMBAO**<br>**14214 SE 156TH AVE**<br>**Clackamas, OR 97015** | - | | | | | | **1,000.00** |
| Account No. | | | | | | | |
| **PATRICK SHEEDY**<br>**11200 EAGLE ROCK AVE NE**<br>**Albuquerque, NM 87122** | - | | | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __33__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **96,340.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **SOLAR PLUS LLC**                                      ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | MATERIALS | | | | |
| PERFORMANCE BREAKING NM<br>4329 HWY 15<br>Silver City, NM 88061 | - | | | | | | | 212.38 |
| Account No. | | | | MARKETING SERVICES | | | | |
| PERIMETER BICYCLING<br>2609 E BROADWAY<br>Tucson, AZ 85712 | - | | | | | | | 2,500.00 |
| Account No. | | | | MATERIALS | | | | |
| PERSONNEL CONCEPTS<br>PO BOX 5750<br>Carol Stream, IL 60197 | - | | | | | | | 198.95 |
| Account No. | | | | | | | | |
| PETER BRENNAN<br>1720 SW CANBY ST<br>Portland, OR 97219 | - | | | | | | | Unknown |
| Account No. | | | | COMMISSION | | | | |
| PHIL BARRY<br>7081 E OPATUS PL<br>Tucson, AZ 85715 | - | | | | | | | 320.03 |

Sheet no. __34__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,231.36

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __SOLAR PLUS LLC_____ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PHIL GARCIA**<br>**1 BRANDIE LN**<br>**Los Lunas, NM 87031** | - | | | | | | **Unknown** |
| Account No.<br><br>**PHILLIP W MISSILDINE**<br>**3310 W BELL RD #216**<br>**Phoenix, AZ 85053** | - | | COMMISSION | | | | **8,922.41** |
| Account No.<br><br>**PHONG LE**<br>**2715 W LA SALLE ST**<br>**Phoenix, AZ 85041** | - | | CUSTOMER PROMOTION | | | | **500.00** |
| Account No.<br><br>**PHONG LE**<br>**2715 W LA SALLE ST**<br>**Phoenix, AZ 85041** | - | | | | | | **Unknown** |
| Account No.<br><br>**PLATT ELECTRIC SUPPLY**<br>**PO BOX 418759**<br>**Boston, MA 02241** | - | | MATERIALS | | | | **78,687.11** |

| | | |
|---|---|---|
| Sheet no. __35__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **88,109.52** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __SOLAR PLUS LLC_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | SUBCONTRACTOR SERVICES | | | | |
| PV ADVANCED CONCEPTS 5215 E ORCHID LN Paradise Valley, AZ 85253 | | - | | | | | | 1,909.90 |
| Account No. | | | | MATERIALS | | | | |
| PV LABELS.COM 7271 GARDEN GROVE BLVD STE H Garden Grove, CA 92841 | | - | | | | | | 88.75 |
| Account No. | | | | ACCOUNTING SERVICES | | | | |
| R & A CPAS 4542 E CAMP LOWELL STE 100 Tucson, AZ 85712 | | - | | | | | | 47,137.92 |
| Account No. | | | | | | | | |
| RAKESH RUDDY 9985 W VILLA CHULA Peoria, AZ 85383 | | - | | | | | | Unknown |
| Account No. | | | | SUBCONTRACTOR SERVICES | | | | |
| RANDALL STRUCTURAL ENGINEERING 2529 CAMINO SEVILLE SE Rio Rancho, NM 87124 | | - | | | | | | 7,064.03 |

Sheet no. __36__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              56,200.60

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  **SOLAR PLUS LLC**                              ,      Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | **CUSTOMER PROMOTION** | | | | |
| **REZAUR RAHMAN** <br> **5893 NW REDFOX DR** <br> **Portland, OR 97229** | - | | | | | | | **500.00** |
| **Account No.** | | | | | | | | |
| **RICHARD DESJARDINS** <br> **381 LA MADERA RD** <br> **Sandia Park, NM 87047** | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **RICHARD KRAUSE** <br> **9614 N 182 LANE** <br> **Waddell, AZ 85355** | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **RICHARD PROEBSTEL** <br> **6944 LIBERTY ROAD S** <br> **Salem, OR 97306** | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **RICHARD RUSSELL** <br> **5754 W BLOOMFIELD RD** <br> **Glendale, AZ 85304** | - | | | | | | | **Unknown** |

Sheet no. __37__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        **500.00**
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

In re __SOLAR PLUS LLC_____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | | | | | |
| **RICKY SIMMONS** **1633 W LIBBY ST** **Phoenix, AZ 85023** | | | | | | | | **Unknown** |
| Account No. | | - | | CUSTOMER PROMOTION | | | | |
| **ROBERT & CORRIE DEHAAS** **4802 S CALDERON** **Mesa, AZ 85212** | | | | | | | | **500.00** |
| Account No. | | - | | CUSTOMER PROMOTION | | | | |
| **ROBERT & KIM MENGUCCI** **5705 72ND AVE** **Salem, OR 97317** | | | | | | | | **1,000.00** |
| Account No. | | - | | CUSTOMER PROMOTION | | | | |
| **ROBERT COLON** **318 W CALLE GOTA** **Sahuarita, AZ 85629** | | | | | | | | **1,000.00** |
| Account No. | | - | | COMMISSION | | | | |
| **ROBERT M HILL** **PO BOX 36625** **Albuquerque, NM 87176** | | | | | | | | **387.32** |

Sheet no. __38__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | **2,887.32**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **SOLAR PLUS LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RUDY SEPTIC SYSTEMS, INC** <br> **985 MATAS CT** <br> **Rio Rico, AZ 85648** | - | | SUBCONTRACTOR SERVICES | | | | 330.56 |
| Account No. <br><br> **RYAN M MCGEE** <br> **5258 W LUPINE AVE** <br> **Glendale, AZ 85304** | - | | CUSTOMER PROMOTION | | | | 600.00 |
| Account No. <br><br> **SAMUEL ALBOY** <br> **6341 E JULIA ST** <br> **Tucson, AZ 85710** | - | | CUSTOMER PROMOTION | | | | 500.00 |
| Account No. <br><br> **SANDAG** <br> **1129 LA MEDIA RD** <br> **San Diego, CA 92154** | - | | AUTO SERVICES | | | | 102.50 |
| Account No. <br><br> **SANDRA GRZESKOWIAK** <br> **13653 SE JAIME COURT** <br> **Clackamas, OR 97015** | - | | CUSTOMER PROMOTION | | | | 1,000.00 |

Sheet no. __39__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,533.06 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **SOLAR PLUS LLC**                          ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | LEGAL SERVICES | | | | |
| SARA R ZISKIN, P.C. 1819 E MORTEN AVE STE 290 Phoenix, AZ 85020 | | - | | | | | | 683.33 |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| SCOTT MEYER 4425 SE 48TH AVE Portland, OR 97206 | | - | | | | | | 500.00 |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| SHEMIA FAGAN 13223 SE TERRA CASCADE DR Happy Valley, OR 97086 | | - | | | | | | 500.00 |
| Account No. | | | | MATERIALS | | | | |
| SOLIGENT DISTRIBUTION LLC PO BOX 398012 San Francisco, CA 94139 | X | - | | | | | | 57,989.86 |
| Account No. | | | | SUBCONTRACTOR SERVICES | | | | |
| STANDARD ECO LLC 106 S HAZELTON DR Chandler, AZ 85226 | | - | | | | | | 2,084.00 |

Sheet no. __40__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal (Total of this page)      **61,757.19**

In re **SOLAR PLUS LLC** ,  Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SUBCONTRACTOR SERVICES | | | | |
| **STEELPORT, LLC** **8565 SW SALISH LN STE 140** **Wilsonville, OR 97070** | - | | | | | | **7,556.77** |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **STEPHEN FARIAS** **8635 W MARCONI AVE** **Peoria, AZ 85382** | - | | | | | | **500.00** |
| Account No. | | | | | | | |
| **STEPHEN FARIAS** **8635 W MARCONI AVE** **Peoria, AZ 85382** | - | | | | | | **Unknown** |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| **STEPHEN REES** **13915 SW SECRETARIAT CT** **Beaverton, OR 97008** | - | | | | | | **500.00** |
| Account No. | | | SUBCONTRACTOR SERVICES | | | | |
| **SUBTERRA UTILITY LOCATING, LLC** **6336 N ORACLE RD #326-310** **Tucson, AZ 85704** | - | | | | | | **140.00** |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **8,696.77**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **SOLAR PLUS LLC** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | LEASING SERVICES | | | | |
| SUN POWER REBATE ASSIGNMENT PROGRAM 919 THE ALAMEDA San Jose, CA 95126 | | - | | | | | 16,102.78 |
| Account No. | | | MATERIALS | | | | |
| SUNPOWER CORPORATION PO BOX 742368 Los Angeles, CA 90074 | | - | | | | | 158,185.47 |
| Account No. | | | MATERIALS | | | | |
| SUPERIOR POOL PRODUCTS, LLC PO BOX 68070 Anaheim, CA 92817 | X | - | | | | | 898.98 |
| Account No. | | | MATERIALS | | | | |
| SUPERMARKET ENERGY TECHNOLOGIES 2445 E CHAMBERS ST Phoenix, AZ 85040 | | - | | | | | 788.59 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| SUSAN GLOIER 11789 SE SOUTHERN LITES DR Happy Valley, OR 97086 | | - | | | | | 1,000.00 |

Sheet no. __42__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **176,975.82**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  **SOLAR PLUS LLC**                            ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **THOMAS BIGELOW** **8638 W EPWORTH RD** **Tucson, AZ 85743** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **TOM GARDY** **41381 N BRACEWELL ST** **San Tan Valley, AZ 85140** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **TOM HESTER** **201 W 19TH ST** **Silver City, NM 88061** | - | | | | | | Unknown |
| Account No. | | | FREIGHT SERVICES | | | | |
| **TOTAL QUALITY LOGISTICS** **PO BOX 634558** **Cincinnati, OH 45263** | - | | | | | | 1,322.00 |
| Account No. | | | | | | | |
| **TUAN NGUYEN** **20141 S SWEETBRIAR RD** **West Linn, OR 97068** | - | | | | | | Unknown |

Sheet no. __43__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,322.00**

Case 4:15-bk-04008-BMW   Doc 1   Filed 04/08/15   Entered 04/08/15 15:32:37   Desc
       Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                          ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | UTILITY SERVICES | | | | |
| TUCSON RECYCLING & WASTE SERVICE PO BOX 85968 Tucson, AZ 85754 | - | | | | | | 801.47 |
| Account No. | | | CUSTOMER PROMOTION | | | | |
| USHA RAMCHANDAR 5506 NW 134TH AVE Portland, OR 97229 | - | | | | | | 500.00 |
| Account No. | | | MARKETING SERVICES | | | | |
| VECTOR IMPRESSIONS INC 7540 N LA CHOLLA BLVD Tucson, AZ 85741 | - | | | | | | 229.44 |
| Account No. | | | | | | | |
| VICKY & MICHAEL KONECKY 6926 E OBERLIN DR Tucson, AZ 85710 | - | | | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-3816 | X | - | CREDIT CARD | | | | |
| WELLS FARGO PO BOX 348750 Sacramento, CA 95834 | | | | | | | 1,676.25 |
| Sheet no. __44__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 3,207.16 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **SOLAR PLUS LLC** ,                    Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8372**<br><br>**WELLS FARGO**<br>**PO BOX 348750**<br>**Sacramento, CA 95834** | X | - | | | **CREDIT CARD** | | | | 1,478.53 |
| Account No. **xxxx-xxxx-xxxx-8364**<br><br>**WELLS FARGO**<br>**PO BOX 348750**<br>**Sacramento, CA 95834** | X | - | | | **CREDIT CARD** | | | | 2,952.56 |
| Account No. **xxxx-xxxx-xxxx-4035**<br><br>**WELLS FARGO**<br>**PO BOX 348750**<br>**Sacramento, CA 95834** | X | - | | | **CREDIT CARD** | | | | 1,381.60 |
| Account No.<br><br>**WENDY BRISKE**<br>**7012 W TRUMBULL RD**<br>**Phoenix, AZ 85043** | | - | | | **CUSTOMER PROMOTION** | | | | 500.00 |
| Account No.<br><br>**WILFRED LERMA**<br>**2809 ACRE LN SE**<br>**Rio Rancho, NM 87124** | | - | | | | | | | Unknown |

Sheet no. __45__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,312.69

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    **SOLAR PLUS LLC**                                             ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WILLIAM POTABI 704 PALMAS ALTAS DR SE Rio Rancho, NM 87124** | | - | | | | | | **Unknown** |
| Account No. **WILLIE H BROWN 7225 E MONTECITO DR Tucson, AZ 85710** | | - | | COMMISSION | | | | **338.44** |
| Account No. **WINTERS ELECTRIC LLC 846 MENDOLIA WAY Central Point, OR 97502** | | - | | ENGINEERING SERVICES | | | | **2,000.00** |
| Account No. **WRIGHT EXPRESS PO BOX 6293 Carol Stream, IL 60197** | | - | | AUTO SERVICES | | | | **10,579.53** |
| Account No. **WYNN & CHRIS COLLINS 2584 GARDNER RD Fabius, NY 13063** | | - | | | | | | **Unknown** |

Sheet no. __46__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            **12,917.97**
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __SOLAR PLUS LLC_____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | CUSTOMER PROMOTION | | | | |
| YOANN FOUCHER 3615 SW HILLSIDE DR Portland, OR 97221 | | - | | | | | | 500.00 |
| Account No. | | | | COMMISSION | | | | |
| ZACH BRUTON 420 1/2 11TH ST NW Albuquerque, NM 87102 | | - | | | | | | 452.93 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __47__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 952.93 |
| Total (Report on Summary of Schedules) | | 1,533,874.18 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

.

In re    **SOLAR PLUS LLC**                            ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

.

In re    **SOLAR PLUS LLC**                                     ,    Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ROBERT E. CHARETTE JR | HITACHI CAPITAL AMERICA CORP.<br>21925 NETWORK PLACE<br>Chicago, IL 60673 |
| ROBERT E. CHARETTE JR. | ALLY<br>PO BOX 9001948<br>Louisville, KY 40290-1948 |
| ROBERT E. CHARETTE JR. | ALLY<br>PO BOX 380901<br>Minneapolis, MN 55438 |
| ROBERT E. CHARETTE JR. | ALLY<br>PO BOX 380902<br>Minneapolis, MN 55439 |
| ROBERT E. CHARETTE JR. | CED GREENTECH SAN DIEGO<br>PO BOX 509079<br>San Diego, CA 92150 |
| ROBERT E. CHARETTE JR. | CIVICSOLAR, INC<br>582 MARKET ST STE 1300<br>San Francisco, CA 94104 |
| ROBERT E. CHARETTE JR. | FOCUSED ENERGY<br>1730 CAMINO CARLOS REY STE 201<br>Santa Fe, NM 87507 |
| ROBERT E. CHARETTE JR. | INDEPENDENT ELECTRIC SUPPLY INC<br>PO BOX 749793<br>Los Angeles, CA 90074 |
| ROBERT E. CHARETTE JR. | KRANNICH SOLAR<br>3809 OCEAN RANCH BLVD STE 112<br>Oceanside, CA 92056 |
| ROBERT E. CHARETTE JR. | NATIONAL FUNDING, INC.<br>9820 TOWNE CENTRE DRIVE STE 200<br>San Diego, CA 92121 |
| ROBERT E. CHARETTE JR. | SOLIGENT DISTRIBUTION LLC<br>PO BOX 398012<br>San Francisco, CA 94139 |
| ROBERT E. CHARETTE JR. | SUPERIOR POOL PRODUCTS, LLC<br>PO BOX 68070<br>Anaheim, CA 92817 |

**1**

—— continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

In re   **SOLAR PLUS LLC**                                  ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ROBERT E. CHARETTE JR.** | **WELLS FARGO**<br>**PO BOX 348750**<br>**Sacramento, CA 95834** |
| **ROBERT E. CHARETTE JR.** | **WELLS FARGO**<br>**PO BOX 348750**<br>**Sacramento, CA 95834** |
| **ROBERT E. CHARETTE JR.** | **WELLS FARGO**<br>**PO BOX 348750**<br>**Sacramento, CA 95834** |
| **ROBERT E. CHARETTE JR.** | **WELLS FARGO**<br>**PO BOX 348750**<br>**Sacramento, CA 95834** |
| **ROBERT E. CHARETTE JR.** | **WELLS FARGO BANK, N.A.**<br>**PO BOX 659713**<br>**San Antonio, TX 78265** |
| **ROBERT E. CHARETTE JR.** | **WELLS FARGO BANK, NA**<br>**PO BOX 659713**<br>**San Antonio, TX 78265** |
| **ROBERT E. CHARETTE JR.** | **CRESCENT ELECTRIC SUPPLY COMPANY**<br>**PO BOX 500**<br>**East Dubuque, IL 61025** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## District of Arizona

In re   **SOLAR PLUS LLC**                        Case No. _____

                                                        Debtor(s)       Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the MANAGING MEMBER of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**62**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 8, 2015**  _____            Signature    **/s/ ROBERT CHARETTE JR**_____

                                                                                   **ROBERT CHARETTE JR**
                                                                                    **MANAGING MEMBER**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **SOLAR PLUS LLC**                          Case No.

                                           Debtor(s)       Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-83,425.11** | **2015 YTD:** |
| **$-2,169,570.53** | **2014:** |
| **$-501,150.39** | **2013:** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                     SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **WELLS FARGO** | **12/26/2014, 1/14/2015, 1/26/2015, 2/27/15** | **$49,717.68** | **$0.00** |
| **IRS** | **12/24/2014,12/31/14** | **$26,383.98** | **$0.00** |
| **CED GREENTECH SAN DIEGO** | **12/26/2014, 1/2/2015, 1/16/2015, 1/30/2015** | **$219,558.10** | **$0.00** |
| **BAKER SOLAR & ELECTRIC** | **12/29/2014, 1/16/2015, 1/30/2015, 2/20/15** | **$82,726.15** | **$0.00** |
| **CATALYSTY GROUP LLC** | **12/31/2014** | **$18,000.00** | **$0.00** |
| **INDEPENDENT ELECTRIC SUPPLY** | **1/2/2015** | **$7,159.94** | **$0.00** |
| **MARCUS LUCE** | **1/5/2015** | **$8,360.00** | **$0.00** |
| **TRINITY RIVER LENDING CORP** | **1/8/2015** | **$11,129.91** | **$0.00** |
| **GREENSKY** | **1/13/2015, 2/12/2015** | **$108,214.78** | **$0.00** |
| **AMTRUST NORTH AMERICA INC** | **1/16/2015, 2/20/15** | **$28,101.09** | **$0.00** |
| **R.P.M. SOLAR** | **1/30/2015** | **$7,137.00** | **$0.00** |
| **PLATT ELECTRIC SUPPLY** | **1/30/2015** | **$24,458.09** | **$0.00** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Eric Slocum Sparks, P.C.**<br>**110 S. Church Ave.**<br>**Suite 2270**<br>**Tucson, AZ 85701** | | **$1,717.00  Filing Fee**<br>**$2,500.00 Pre-Filing Services**<br>**$7,500.00 Retainer** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **WELLS FARGO** | **CHECKING ACCOUNT #5409** | |
| **WELLS FARGO** | **CHECKING ACCOUNT #8847** | |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☐ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **SOLAR PLUS LLC** | XX-XXX1245 | **150 S CAMINO SECO #110 Tucson, AZ 85710** | | **3/25/2009 - PRESENT** |

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **NICHOLAS A DE GENNARO 6919 E NUTHATCH TRAIL Tucson, AZ 85750** | **5/2012 - CURRENT** |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **RANDY JONES** | **5/2014 - CURRENT** |
| **5815 N PASEO OTONO** | |
| **Tucson, AZ 85750** | |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **R & A CPA'S** | **4542 E CAMP LOWELL DR**<br>**Tucson, AZ 85712** | **11/2012 - CURRENT** |
| **GABRIELLE LOUMA CPA** | **215 W GIACONDA WAY #131**<br>**Tucson, AZ 85704** | **11/2012 - CURRENT** |
| **ACCOUNTAX** | **2941 N COUNTRY CLUB RD #2**<br>**Tucson, AZ 85716** | **1/2012-4/2014** |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **NICHOLAS A DE GENNARO**<br>**5/2012-CURRENT** | **6919 E NUTHATCH TRAIL**<br>**Tucson, AZ 85750** |
| **RANDY JONES**<br>**5/2014-CURRENT** | **5815 N PASEO OTONO**<br>**Tucson, AZ 85750** |
| **R & A CPA'S**<br>**11/2012-CURRENT** | **4542 E CAMP LOWELL DR**<br>**Tucson, AZ 85712** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **SUNPOWER** | |
| **HEARTLAND** | |
| **SUPERIOR POOLS** | |
| **SUNNOVA** | |
| **WELLS FARGO** | |
| **NATIONAL FUNDING** | |
| **STRALIGHT INVESTMENTS** | |
| **ONE ROOF ENERGY** | |
| **CHASE BANK** | |
| **CED GREENTECH** | |
| **GREENSKY** | |
| **SOLIGENT** | |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **CES** | |
| **MOSAIC** | |
| **KRANNICH** | |
| **INDEPENDENT ELECTRIC** | |
| **ADMIRAL'S** | |
| **CIVIC SOLAR** | |
| **FOCUSED ENERGY** | |
| **SERVICE FINANCE** | |

---

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **12/31/2014** | **R & A CPA'S** | **$469,896.89 FIRST IN FIRST OUT BASIS** |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/31/2014** | **UNKNOWN** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **ROBERT CHARETTE JR** | | **90%** |
| **ROBERT CHARETTE, III** | | **10%** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----|-----|-----|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>**April 8, 2015**</u>          Signature   <u>**/s/ ROBERT CHARETTE JR**</u>
                                                        **ROBERT CHARETTE JR**
                                                        **MANAGING MEMBER**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## District of Arizona

In re     **SOLAR PLUS LLC**                              ,     Case No. _____

                                      Debtor         Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the MANAGING MEMBER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **April  8, 2015** _____       Signature **/s/ ROBERT CHARETTE JR** _____

                                                            **ROBERT CHARETTE JR**
                                                            **MANAGING MEMBER**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____

 0
___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re    **SOLAR PLUS LLC** _____

                            Debtor(s)

Case No. _____

Chapter    **11** _____

# DECLARATION

I, the MANAGING MEMBER of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __**22**__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    **April 8, 2015** _____

**/s/ ROBERT CHARETTE JR** _____

**ROBERT CHARETTE JR/MANAGING MEMBER**
Signer/Title

Date:    **April 8, 2015** _____

**/s/ Eric Slocum Sparks AZBAR** _____

Signature of Attorney
**Eric Slocum Sparks AZBAR #11726**
**Eric Slocum Sparks, P.C.**
**110 S. Church Ave.**
**Suite 2270**
**Tucson, AZ 85701**
**(520) 623-8330   Fax: (520) 623-9157**

MML-5

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

SOLAR PLUS LLC -

ARIZONA DEPT OF REVENUE
1600 W. MONROE
7TH FLOOR
PHOENIX AZ 85007

IRS - PHILADELPHIA
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS - PHOENIX
4041 N. CENTRAL AVE.
SUITE 112
PHOENIX AZ 85012

ACCURATE SERVICE INC.
843 S CAMPBELL AVE
TUCSON AZ 85719

ACME
330 SE SALMON ST
PORTLAND OR 97214-3357

ADRIAN LAGARDA
759 W CAROLCHRISTINE PL
TUCSON AZ 85756

AGRIPACKING SUPPLY
245 W EMMA ST
NOGALES AZ 85621

AHERN RENTALS
PO BOX 271390
LAS VEGAS NV 89127-1390

AIR COLD SUPPLY
6652 E BUCKEYE RD
PHOENIX AZ 85043

ALAN LAMPE
12806 NE SAN RAFAEL
PORTLAND OR 97230

ALFRED BARBAGALLO
6046 LISI GARDENS DR
SYRACUSE NY 13212

SOLAR PLUS LLC -


ALFRED GONZALES
7112 S 24 LANE
PHOENIX AZ 85041


ALLY
PO BOX 9001948
LOUISVILLE KY 40290-1948


ALLY
PO BOX 380901
MINNEAPOLIS MN 55438


ALLY
PO BOX 380902
MINNEAPOLIS MN 55439


ALLYN OSBORNE
12230 N COPPER SPRING TRAIL
TUCSON AZ 85755


ALTA COPPER CREEK, LLC
6666 E GOLF LINKS RD
TUCSON AZ 85730


AMY ARAGON-POLLOCK
5067 W WILLOW RUN LANE
TUCSON AZ 85741


ANDREW & RACHEL CUSHMAN
1060 E PECAN ORCHARD LOOP
SAHUARITA AZ 85629


ANDREW OCHOA
614 S 11TH LANE
AVONDALE AZ 85323


ANDRIES SCHELL
182 E CAMINO VISTA DEL CIELO
NOGALES AZ 85621


ANGELA LOPEZ
5510 MAPLE ST
MOUNT ANGEL OR 97362

SOLAR PLUS LLC -


ARC
345 CLINTON ST
COSTA MESA CA 92626


ARMRRON BUILDERS LLC
1735 W LINDEN ST
TUCSON AZ 85745


ASI COMPUTER TECHNOLOGIES INC
19850 E BUSINESS PARKWAY
WALNUT CA 91789


ATTIC EXPERTS OF AZ, LLC
3452 E JAEGER CIRCLE
MESA AZ 85213


BENJAMIN CARRINGTON
15405 THUNDEREGG CT
BEAVERTON OR 97007


BETH GONZALES
8226 E ORANGE BLOSSOM
SCOTTSDALE AZ 85250


BORDER STATES ELECTRIC
PO BOX 911105
DENVER CO 80291


BORDER STATES ELECTRIC
PO BOX 52516
PHOENIX AZ 85072


BRAD YOUNG
13430 SW HILSHIRE DR
PORTLAND OR 97223


BRANDIE GOMEZ
9715 TIERRA DEL SOL AVE SW
ALBUQUERQUE NM 87121


BRANDON SPIERS
25612 N 51ST LANE
PHOENIX AZ 85083

SOLAR PLUS LLC -


BRIAN BEAN
11803 SE RIMROCK DR
HAPPY VALLEY OR 97086


BRYCE ROBERTS CONSTRUCTION, INC
PO BOX 836
AMITY OR 97101


BULLARD LAW
200 SW MARKET ST, STE 1900
PORTLAND OR 97201


CANADIAN SOLAR INC
2420 CAMINO RAMON SUITE 125
SAN RAMON CA 94583


CAPITAL ELECTRIC
CED GREENTECH
832 W 22ND ST
TEMPE AZ 85282


CAPITAL PREMIUM FINANCING
PO BOX 660899
DALLAS TX 75266


CARL SIGNMASTER
6142 NE SACRAMENTO ST
PORTLAND OR 97213


CARL VANDERBUR
15010 S 27TH ST
PHOENIX AZ 85048


CARLOS HERNANDEZ
13020 E JOMAX
DALLAS TX 85265


CARLSO ESPARAZA
6600 LOFTUS AVE NE
ALBUQUERQUE NM 87109


CARMELA GONZALES
940 PRAIRIE SAGE CT SW
LOS LUNAS NM 87031

SOLAR PLUS LLC -

CAROLYN STEWART
14330 N CHOCTAW DR
TUCSON AZ 85755

CASEY & LUMI LYNCH
10858 SE ALYSSA DR
HAPPY VALLEY OR 97086

CED GREENTECH SAN DIEGO
PO BOX 509079
SAN DIEGO CA 92150

CHARLES PARROTT
847 N BALDWIN ST
PORTLAND OR 97217

CHARLES PYLE
4853 N CIRCULO BUJIA
TUCSON AZ 85718

CHARLIE SCOTT
9478 SE HAMILTON LN
HAPPY VALLEY OR 97086

CITY OF TUCSON
PO BOX 28804
TUCSON AZ 85726

CIVICSOLAR, INC
582 MARKET ST STE 1300
SAN FRANCISCO CA 94104

CLIFF & JUNE YOUNG
468 W COYOTE MOON PL
TUCSON AZ 85755

CONRAD ROMERO
819 PARQUE AVE
MAXWELL NM 87728

COX
PO BOX 53249
PHOENIX AZ 85072

SOLAR PLUS LLC -


CRESCENT ELECTRIC SUPPLY COMPANY
PO BOX 500
EAST DUBUQUE IL 61025


DANA & REBECCA JACOBSEN
3723 SE MALDEN STREET
PORTLAND OR 97202


DAVID BRANNAN
945 W PORTBELLO
MESA AZ 85210


DAVID CHARETTE
3692 ROUTE 91
JAMESVILLE NY 13078


DAVID CHRISTENSEN
1862 NW SUMMER FALLS ST
BEAVERTON OR 97006


DAVID HEAD
7811 W SOLANO DR NORTH
GLENDALE AZ 85303


DAVID HULL
6434 N SYRACUSE ST
PORTLAND OR 97203


DAVID PARSONS
13615 N SUNSET MESA DR
MARANA AZ 85658


DAVID REITER
247 SE 39TH AVE
HILLSBORO OR 97123


DAVID SCHAPIRO
3705 SE OAKLEAF ST
HILLSBORO OR 97123


DCO CUSTOM BUILDERS LLC
7361 N CAMINO DE MAXIMILLIAN
TUCSON AZ 85704

SOLAR PLUS LLC -


DEBRA HEIDRICH
3739 NE 115TH AVE
PORTLAND OR 97220


DENNIS ROBERTS


DORIS COLE
321 GENERAL PATCH ST NE
ALBUQUERQUE NM 87123


EDGAR ACEVEDO
10323 W CASHMAN DR
PEORIA AZ 85383


EDIST
PO BOX 52252
NEWARK NJ 07101-0220


EDMUND MIERA
10070 E PROVIDENCE CANYON RD
SAHUARITA AZ 85629


ELLA MAGEE
3709 W BUTLER DR
PHOENIX AZ 85051


EMERGE
439 N 6TH AVE #101
TUCSON AZ 85705


ERIC EICHWALD
20 WOLF RD
GALLUP NM 87301


EUGENE BODENSTEIN
12484 CAVALLO ST
SAN DIEGO CA 92130


EVAN DUFFY
15751 E KIPLING DR
FOUNTAIN HILLS AZ 85268

SOLAR PLUS LLC -


FASTENAL COMPANY
C/O PATRICK BROWN
5206 LA BRANCH
HOUSTON TX 77004


FEDEX
PO BOX 7221
PASADENA CA 91109


FOCUSED ENERGY
1730 CAMINO CARLOS REY STE 201
SANTA FE NM 87507


FRONTIER COMMUNICATIONS
PO BOX 20550
ROCHESTER NY 14602


FULLBEAKER
200 112TH AVE NE, STE 310
BELLEVUE WA 98004


GARY EATON
13808 SE 126TH AVE
CLACKAMAS OR 97015


GARY VACIN
25225 S FLAME TREE DR
CHANDLER AZ 85248


GEOFFREY WILSON
11222 E HASH KNIFE CIRCLE
TUCSON AZ 85749


GEORGE B PRESTON
1810 E BLACKLIDGE #609
TUCSON AZ 85719


GEXPRO
PO BOX 840040
DALLAS TX 75284


GEXPRO
PO BOX 417803
BOSTON MA 02241

SOLAR PLUS LLC -

GLADYS MCOWEN
10923 W GLENROSA AVE
PHOENIX AZ 85037

GO GREEN GO SOLAR
ROBERT PIERSON
6940 S SILVER DR
CHANDLER AZ 85249

GORDON BENNETT
4142 N QUAIL CANYON DR
TUCSON AZ 85750

GRAYBAR ELECTRIC
FILE 57072
LOS ANGELES CA 90074

GREATER ALBUQUERQUE CHAMBER OF COMMERCE
115 S GOLD AVE SW, STE 201
ALBUQUERQUE NM 87121

H & E EQUIPMENT EXCHANGE LLC
PO BOX 849850
DALLAS TX 75284

HITACHI CAPITAL AMERICA CORP.
21925 NETWORK PLACE
CHICAGO IL 60673

HOMER AMES
22065 SW RIGGS RD
BEAVERTON OR 97007

INDEPENDENT ELECTRIC SUPPLY INC
PO BOX 749793
LOS ANGELES CA 90074

INTELLIGENT DESIGN AIR CONDITIONING
2200 W LA OSA ST
TUCSON AZ 85705

INVIERNO DESIGN LLC
2075 W GARDNER LN
UNIT 117
PHOENIX AZ 85075

SOLAR PLUS LLC -


JAMES TEMPLE
12424 SE WINTERCREEK CT
HAPPY VALLEY OR 97086


JANE EPPERSON
19 TALLISSA DR
SILVER CITY NM 88061


JANET WOLSLEGEL
241 SE BEECH AVE
GRESHAM OR 97080


JASPER SMITH
936 NE 94TH AVE
PORTLAND OR 97220


JEFF SCHROLL
16691 SE SAGER RD
HAPPY VALLEY OR 97086


JERRY SPOERL
4518 N 38TH ST
PHOENIX AZ 85018


JESSICA WILLIAMS
2315 LONE OAKS LN
VISTA CA 92084


JOAN CHRISTIANA
4029 COYE RD
JAMESVILLE NY 13078


JOEL SCHLUTER
10475 S NOGALES HWY
TUCSON AZ 85756


JOHN BRIDGES
8461 E APPOMATTOX ST
TUCSON AZ 85710


JOHN HARRILL
10905 E FLINTOCK DR
CHANDLER AZ 85248

SOLAR PLUS LLC -


JOHN KENNEDY
1373 BAR M DR
EUGENE OR 97401


JOHN PENMAN
1309 NE KINNEY ST
HILLSBORO OR 97124


JOHN ROGERS
4631 W SNOW LEOPARD DR
TUCSON AZ 85742


JOHN-MARK BANTOCK
7318 N OPUNTA AVE
TUCSON AZ 85704


JON KOFERL
9109 JENSEN CT NE
ALBUQUERQUE NM 87112


JONATHON CHARETTE
1461 CLARK HOLLOW RD
LA FAYETTE NY 13084


JOSEPH WATTS
1221 WILLY'S KNIGHT NE
ALBUQUERQUE NM 87112


JOY WEMHANER
356 FLOWER HILL WAY
SAN MARCOS CA 92078


KAREN & DARYL MCDANIEL
16515 NW SHELTERED NOOK RD
PORTLAND OR 97231


KARIN STEVENSON
92 TURQUOISE TRAIL CT
SANTA FE NM 87508


KELLY CUTLIP
4619 W HORIZON RIDGE DR
MARANA AZ 85658

SOLAR PLUS LLC -


KELLY EBERLE
8355 E CAPTAIN DREYFUS AVE
SCOTTSDALE AZ 85260


KENT CASEY
15034 N 54TH ST
SCOTTSDALE AZ 85254


KIM DUFFIELD
37117 N 16TH ST
PHOENIX AZ 85086


KIM OLIVAS
6919 SEMINOLE RD NE
ALBUQUERQUE NM 87110


KNJ REAL ESTATE LLC
3833 N 30TH ST UNIT 141
PHOENIX AZ 85016


KRANNICH SOLAR
3809 OCEAN RANCH BLVD STE 112
OCEANSIDE CA 92056


KRZYSTOF REGULA
16638 N 187TH AVE
SURPRISE AZ 85388


LEON WONG
40135 N ROLLING GREEN WAY
PHOENIX AZ 85086


LLOYD & PATRICIA STONE
9402 W RAVEN BOX 407
ARIZONA CITY AZ 85123


LOIS FULLER
PO BOX 93
GLENWOOD NM 88039


LORENZO & CHERYL MALDONADO
502 ESPANOLA NE
ALBUQUERQUE NM 87108

SOLAR PLUS LLC -

LORIE JACOB
13330 SW GALLOP CT
BEAVERTON OR 97008

LYNX PLUMBING
3321 N CHAPEL AVE
TUCSON AZ 85716

MAGE SOLAR
720 INDUSTRIAL RD
DUBLIN GA 31021

MARC WILLIAMS
4069 SW CANBY ST
PORTLAND OR 97219

MARCELLA BILLETT
6401 NE CHESTNUT ST
HILLSBORO OR 97124

MARCUS LUCE
1115 NW 161ST PL
BEAVERTON OR 97006

MARGARET BUTLER
818 NE RETFORD AVE
HILLSBORO OR 97124

MARK & DEBRA LYTLE
857 E DEER SPRING CANYON PL
SAHUARITA AZ 85629

MARK KANTZ
14676 SE LOYN CT
HAPPY VALLEY OR 97086

MARK MCNAMARA
6537 SE FLAVEL ST
PORTLAND OR 97206

MARK THOMAS
16482 S SAGUARO VIEW LN
VAIL AZ 85641

SOLAR PLUS LLC -


MARY ELLEN CARLSON
5628 E COVINA RD
MESA AZ 85205


MARY MAURER
31005 N 56TH ST
CAVE CREEK AZ 85331


MARYANN WHITING
21968 ERICA DR. NE
AURORA OR 97002


MATTHEW & JENNIFER MCCONNELL
9725 W WINCHCOMB DR
SCOTTSDALE AZ 85260


MATTHEW SMITH
PO BOX 1011
VANCOUVER WA 98666


MAX PRO GROUP INC
1562 1ST AVE #205-1608
NEW YORK NY 10028


MELVIN & DELIA GARCIA
18349 W ARCADIA DR
SURPRISE AZ 85374


MICHAEL AILES
6906 SE CARLTON ST
PORTLAND OR 97206


MICHAEL D SWIFT
PO BOX 271
POMERENE AZ 85627


MICHAEL HACKER
2125 CORTE DE CHAMISA
ALBUQUERQUE NM 87120


MICHAEL JOHNSON
7415 SW CEDARCREST
PORTLAND OR 97223

SOLAR PLUS LLC -


MICHAEL REISS
1387 SW MAPLE CREST DR
PORTLAND OR 97219


MICHAEL SMITH
14788 SE SAGE PARK COURT
HAPPY VALLEY OR 97086


MIKE & MARY BOGER
4650 S PRIMROSE ST
TUCSON AZ 85730


MIKE CARDWELL
2213 E BLANCHE DR
PHOENIX AZ 85022


MIKE LOWRY
4603 N BLACK ROCK PL
TUCSON AZ 85750


MIKE ROBERTS
2727 1/2 LUCCA RD SW
ALBUQUERQUE NM 87105


MILLER CONSULTING ENGINEERS
9570 SW BARBER BLVD STE 100
PORTLAND OR 97219


MISSION UNIFORM & LINEN
301 S PARK AVE
TUCSON AZ 85719


MOBILE MINI INC
PO BOX 7144
PASADENA CA 91109


MONG-CHUAN SIM
5323 W WILLOW THICKET WAY
TUCSON AZ 85704


MONTEREY HERRERA
7032 VALENTINE LOOP
SANTA FE NM 87507

SOLAR PLUS LLC -


NATIONAL FUNDING, INC.
9820 TOWNE CENTRE DRIVE STE 200
SAN DIEGO CA 92121


NORTHERN STATES METAL
3207 INNOVATION PL
YOUNGSTOWN OH 44509


PACE HEATING & AIR
PO BOX 2529
CORVALLIS OR 97339


PARK N SHADE
7935 W TANGERINE RD
MARANA AZ 85658


PATRICIA HALL
7377 W SHINING AMBER LANE
TUCSON AZ 85743


PATRICIA LINCK
3116 SE 76TH AVE
PORTLAND OR 97206


PATRICK QUIAMBAO
14214 SE 156TH AVE
CLACKAMAS OR 97015


PATRICK SHEEDY
11200 EAGLE ROCK AVE NE
ALBUQUERQUE NM 87122


PERFORMANCE BREAKING NM
4329 HWY 15
SILVER CITY NM 88061


PERIMETER BICYCLING
2609 E BROADWAY
TUCSON AZ 85712


PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM IL 60197

SOLAR PLUS LLC -


PETER BRENNAN
1720 SW CANBY ST
PORTLAND OR 97219


PHIL BARRY
7081 E OPATUS PL
TUCSON AZ 85715


PHIL GARCIA
1 BRANDIE LN
LOS LUNAS NM 87031


PHILLIP W MISSILDINE
3310 W BELL RD #216
PHOENIX AZ 85053


PHONG LE
2715 W LA SALLE ST
PHOENIX AZ 85041


PLATT ELECTRIC SUPPLY
PO BOX 418759
BOSTON MA 02241


PV ADVANCED CONCEPTS
5215 E ORCHID LN
PARADISE VALLEY AZ 85253


PV LABELS.COM
7271 GARDEN GROVE BLVD STE H
GARDEN GROVE CA 92841


R & A CPAS
4542 E CAMP LOWELL STE 100
TUCSON AZ 85712


RAKESH RUDDY
9985 W VILLA CHULA
PEORIA AZ 85383


RANDALL STRUCTURAL ENGINEERING
2529 CAMINO SEVILLE SE
RIO RANCHO NM 87124

SOLAR PLUS LLC -


RAUCH-MILLIKEN INTERNATIONAL, INC.
PO BOX 8390
METAIRIE LA 70011


REZAUR RAHMAN
5893 NW REDFOX DR
PORTLAND OR 97229


RICHARD DESJARDINS
381 LA MADERA RD
SANDIA PARK NM 87047


RICHARD KRAUSE
9614 N 182 LANE
WADDELL AZ 85355


RICHARD PROEBSTEL
6944 LIBERTY ROAD S
SALEM OR 97306


RICHARD RUSSELL
5754 W BLOOMFIELD RD
GLENDALE AZ 85304


RICKY SIMMONS
1633 W LIBBY ST
PHOENIX AZ 85023


ROBERT  E. CHARETTE JR


ROBERT & CORRIE DEHAAS
4802 S CALDERON
MESA AZ 85212


ROBERT & KIM MENGUCCI
5705 72ND AVE
SALEM OR 97317


ROBERT COLON
318 W CALLE GOTA
SAHUARITA AZ 85629

SOLAR PLUS LLC -


ROBERT E. CHARETTE JR.


ROBERT M HILL
PO BOX 36625
ALBUQUERQUE NM 87176


RUDY SEPTIC SYSTEMS, INC
985 MATAS CT
RIO RICO AZ 85648


RYAN M MCGEE
5258 W LUPINE AVE
GLENDALE AZ 85304


SAMUEL ALBOY
6341 E JULIA ST
TUCSON AZ 85710


SANDAG
1129 LA MEDIA RD
SAN DIEGO CA 92154


SANDRA GRZESKOWIAK
13653 SE JAIME COURT
CLACKAMAS OR 97015


SARA R ZISKIN, P.C.
1819 E MORTEN AVE STE 290
PHOENIX AZ 85020


SCOTT MEYER
4425 SE 48TH AVE
PORTLAND OR 97206


SHEMIA FAGAN
13223 SE TERRA CASCADE DR
HAPPY VALLEY OR 97086


SOLIGENT DISTRIBUTION LLC
PO BOX 398012
SAN FRANCISCO CA 94139

SOLAR PLUS LLC -


STANDARD ECO LLC
106 S HAZELTON DR
CHANDLER AZ 85226


STATE BOARD OF EQUALIZATION


STEELPORT, LLC
8565 SW SALISH LN STE 140
WILSONVILLE OR 97070


STEPHEN FARIAS
8635 W MARCONI AVE
PEORIA AZ 85382


STEPHEN REES
13915 SW SECRETARIAT CT
BEAVERTON OR 97008


SUBTERRA UTILITY LOCATING, LLC
6336 N ORACLE RD #326-310
TUCSON AZ 85704


SUN POWER REBATE ASSIGNMENT PROGRAM
919 THE ALAMEDA
SAN JOSE CA 95126


SUNPOWER CORPORATION
PO BOX 742368
LOS ANGELES CA 90074


SUPERIOR POOL PRODUCTS, LLC
PO BOX 68070
ANAHEIM CA 92817


SUPERMARKET ENERGY TECHNOLOGIES
2445 E CHAMBERS ST
PHOENIX AZ 85040


SUSAN GLOIER
11789 SE SOUTHERN LITES DR
HAPPY VALLEY OR 97086

SOLAR PLUS LLC -


THOMAS BIGELOW
8638 W EPWORTH RD
TUCSON AZ 85743


TOM GARDY
41381 N BRACEWELL ST
SAN TAN VALLEY AZ 85140


TOM HESTER
201 W 19TH ST
SILVER CITY NM 88061


TOTAL QUALITY LOGISTICS
PO BOX 634558
CINCINNATI OH 45263


TUAN NGUYEN
20141 S SWEETBRIAR RD
WEST LINN OR 97068


TUCSON RECYCLING & WASTE SERVICE
PO BOX 85968
TUCSON AZ 85754


USHA RAMCHANDAR
5506 NW 134TH AVE
PORTLAND OR 97229


VECTOR IMPRESSIONS INC
7540 N LA CHOLLA BLVD
TUCSON AZ 85741


VICKY & MICHAEL KONECKY
6926 E OBERLIN DR
TUCSON AZ 85710


WELLS FARGO
PO BOX 348750
SACRAMENTO CA 95834


WELLS FARGO BANK, N.A.
PO BOX 659713
SAN ANTONIO TX 78265

SOLAR PLUS LLC -


WELLS FARGO BANK, NA
PO BOX 659713
SAN ANTONIO TX 78265


WENDY BRISKE
7012 W TRUMBULL RD
PHOENIX AZ 85043


WILFRED LERMA
2809 ACRE LN SE
RIO RANCHO NM 87124


WILLIAM POTABI
704 PALMAS ALTAS DR SE
RIO RANCHO NM 87124


WILLIE H BROWN
7225 E MONTECITO DR
TUCSON AZ 85710


WINTERS ELECTRIC LLC
846 MENDOLIA WAY
CENTRAL POINT OR 97502


WRIGHT EXPRESS
PO BOX 6293
CAROL STREAM IL 60197


WYNN & CHRIS COLLINS
2584 GARDNER RD
FABIUS NY 13063


YOANN FOUCHER
3615 SW HILLSIDE DR
PORTLAND OR 97221


ZACH BRUTON
420 1/2 11TH ST NW
ALBUQUERQUE NM 87102

# United States Bankruptcy Court
## District of Arizona

In re   **SOLAR PLUS LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SOLAR PLUS LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 8, 2015
_____
Date

**/s/ Eric Slocum Sparks AZBAR**
_____
**Eric Slocum Sparks AZBAR #11726**
Signature of Attorney or Litigant
Counsel for   **SOLAR PLUS LLC**
_____
**Eric Slocum Sparks, P.C.**
**110 S. Church Ave.**
**Suite 2270**
**Tucson, AZ 85701**
**(520) 623-8330 Fax:(520) 623-9157**
**law@ericslocumsparkspc.com**