1  Eric Slocum Sparks
   Arizona State Bar No. 11726
2  LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
   110 South Church Avenue #2270
3  Tucson, Arizona  85701
   Telephone (520) 623-8330
4  Facsimile (520) 623-9157
   eric@ericslocumsparkspc.com
5  Attorney for Debtor

6
                    IN THE UNITED STATES BANKRUPTCY COURT
7
                        FOR THE DISTRICT OF ARIZONA
8
   In re:                              )
9                                      )
   SOLAR PLUS, LLC,                    )      No. 4:15-bk-04008-BMW
10                                     )
                                       )      Chapter 11
11                                     )
        Debtor.                        )      MOTION TO JOINTLY ADMINISTER
12                                     )      RELATED CASES
                                       )
13

14        COMES NOW, Solar Plus, LLC, Debtor, Debtor-in-possession in the above captioned matter and

15 moves this Honorable Court for an Order to Jointly Administer this case with the following related case:

16 Stelcor Energy Corp, under Case No. 4:15-bk-04006-BMW, pending before the Honorable Brenda

17 Moody Whinery. In support thereof Debtor alleges as follows:

18
        1.    This case was commenced on April 8, 2015.
19
        2.    The related proceeding was commenced on April 8, 2015.
20
        3.    Because there may be, are or will be stay relief and cash collateral issues pending, it would
21
              be beneficial and judicially economic to administer these cases jointly.
22
        5.    The lower numbered case, Stelcor Energy Corp, under Case No. 4:15-bk-04006-BMW
23
              is assigned to the Honorable Brenda Moody Whinery, therefore the above captioned case
24
              should be administered under that proceeding, should this Honorable Court grant this
25
              motion.
26

27
        WHEREFORE Debtor moves this Honorable Court for an Order jointly administering this case
28

under Stelcor Energy Corp, Case No. 4:15-bk-04006-BMW, pending before the Honorable Brenda Moody Whinery.

DATED: April 9, 2015.

LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*


/s/ Sparks AZBAR #11726
Eric Slocum Sparks


COPIES of the foregoing
mailed/delivered/faxed
April 9, 2015, to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003


/s/ A. Court-Sanchez