THIS ORDER IS APPROVED.

Dated: April 10, 2015

*Brenda Whinery*

**Brenda Moody Whinery, Bankruptcy Judge**
_____

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | |
| ) | |
| SOLAR PLUS, LLC, ) | No. 4:15-bk-04008-BMW |
| ) | |
| ) | Chapter 11 |
| ) | |
| ) | ORDER APPROVING |
| Debtor. ) | JOINT ADMINISTRATION OF |
| ) | RELATED CASES |

This matter having come before the Court on the Debtor's Motion for an Order to Jointly Administer this case with the following related case: Stelcor Energy Corp, under Case No. 4:15-bk-04006-BMW pending before the Honorable Brenda Moody Whinery, and good cause appearing;

IT IS THEREFORE ORDERED THAT this case shall be jointly administered with Stelcor Energy Corp, under Case No. 4:15-bk-04006-BMW, pending before the Honorable Brenda Moody Whinery.

IT IS FURTHER ORDERED that all pleadings will be filed under Stelcor Energy Corp, under Case No. 4:15-bk-04006-BMW. The Clerk of the Court is to maintain separate claims files for each case.

DATED SIGNED AND ORDERED ABOVE